IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAREDX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-662 (CFC) (CJB) |
| | ) | |
| NATERA, INC., | ) | **REDACTED - PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NATERA, INC.'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT JAMES MALACKOWSKI RELATING TO "CORRECTIVE ADVERTISING" DAMAGES**

Defendant Natera, Inc. moves pursuant to Federal Rules of Evidence 702 and 403 to exclude opinions of Plaintiff CareDx Inc.'s expert James Malackowski relating to "corrective advertising" damages. The grounds for this motion are fully set forth in the accompanying Brief in Support of Defendant Natera's Motion to Exclude "Corrective Advertising" Testimony of Plaintiff's Damages Expert James E. Malackowski and accompanying exhibits, filed concurrently.

**Original Filing Date: December 2, 2020**
**Redacted Filing Date: December 11, 2020**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ *Derek J. Fahnestock* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Derek J. Fahnestock (#4705) |
| Christina L. Costley | Anthony D. Raucci (#5948) |
| Paul S. Yong | 1201 North Market Street |
| KATTEN MUCHIN ROSENMAN LLP | P.O. Box 1347 |
| 2029 Century Park East, Suite 2600 | Wilmington, DE  19899 |
| Los Angeles, CA  90067 | (302) 658-9200 |
| (310) 788-4400 | jblumenfeld@mnat.com |
|  | dfahnestock@mnat.com |
| Bruce G. Vanyo | araucci@mnat.com |
| Thomas Artaki |  |
| KATTEN MUCHIN ROSENMAN LLP | *Attorneys for Defendant* |
| 575 Madison Avenue |  |
| New York, NY  10022 |  |
| (212) 940-8800 |  |

Kristin J. Achterhof
Julia L. Mazur
Martin S. Masar III, Ph.D.
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
(312) 902-5200

December 2, 2020

2

## RULE 7.1.1 CERTIFCATE

Pursuant to D. Del. LR 7.1.1, counsel for Defendant, including Delaware Counsel, certifies that a reasonable effort has been made to reach agreement with counsel for Plaintiff on the subject matter of this motion and that the parties were unable to reach agreement.

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-662 (CFC) (CJB) |
| | ) |
| NATERA, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Before the Court is Defendant Natera, Inc.'s Daubert Motion to Exclude the Opinions of Plaintiff's Expert James Malackowski Relating to "Corrective Advertising" Damages. Having considered the parties' submissions as well as the applicable law, Defendant's Motion is hereby GRANTED.

IT IS SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE