# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Derek J. Fahnestock**
(302) 351-9347
dfahnestock@morrisnichols.com

October 14, 2021

The Honorable Colm F. Connolly                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re:    *CareDx, Inc. v. Natera, Inc.*, C.A. No. 19-662 (CFC) (CJB)

Dear Chief Judge Connolly:

We write on behalf of the parties to address the Court's comments during the September 28, 2021 telephone status conference soliciting the parties' views on whether the pretrial conference set for next Wednesday, October 20, might be converted to a telephonic conference.

### *Natera*

Natera respectfully requests that the conference be held telephonically if the Court remains open to that possibility.  If it is not held telephonically, certain of Natera's counsel would be traveling from across the country for the conference and then again later that week/weekend for the trial.  If at all possible, Natera would prefer to minimize the risks of traveling during the ongoing pandemic, in addition to conserving the time and resources of attorneys traveling across the country twice before a trial date that is still uncertain.  For these reasons, Natera respectfully asks that the conference be held telephonically.  Natera reached out to counsel for CareDx and asked if they would either join in this request or agree to not object. They declined to do either.

The Honorable Colm F. Connolly
October 14, 2021
Page 2

### *CareDx*

CareDx is prepared to attend the pretrial conference in person. The trial team will already be in Wilmington ready to commence trial on October 25 because the Court has asked the parties to be trial-ready then. From our perspective, because trial is scheduled for only three court days later, it would make little sense to dial in from a Wilmington trial room, rather than appear live in Your Honor's Courtroom.

Respectfully,

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

DJF:lo

cc:   Clerk of the Court (*via* hand delivery)
       All Counsel of Record (*via* CM/ECF and e-mail)