

November 2, 2021

<u>**Via E-Filing**</u>
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

   *Re:*   <u>*CareDx, Inc., v. Natera, Inc.,*</u> C.A. No. 19-cv-662-CFC-CJB

Dear Chief Judge Connolly,

   Pursuant to Your Honor's instructions during the pretrial conference (Oct. 20, 2021 Tr. at 68), we write to respectfully request that the Court hold a call with the parties to discuss rescheduling the trial previously set for October 25, 2021.

   We are available at the Court's convenience should Your Honor have any questions.

       Respectfully submitted,

       /s/ Brian E. Farnan

       Brian E. Farnan

cc:  Counsel of Record (via E-File)