# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

Originally Filed: March 21, 2022
Redacted Version Filed: March 28, 2022

The Honorable Colm F. Connolly
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

REDACTED - PUBLIC VERSION

    Re:    *CareDx, Inc. v. Natera, Inc.*
           C.A. No. 19-662 (CFC) (CJB)

Dear Chief Judge Connolly:

      We write to advise Your Honor that on Friday afternoon, Julia Mazur, a member of Natera's litigation team, received a voicemail message from [REDACTED] one of the jurors, leaving her phone number and asking for a return call. We have advised CareDx's counsel of this. We will, of course, not return the call without Your Honor's permission, pursuant to D. Del. LR 47.2. Under the circumstances, where Ms. Mazur was contacted by the juror, we request permission for her to return the call.

                                              Respectfully,

                                              */s/ Jack B. Blumenfeld*

                                              Jack B. Blumenfeld (#1014)

JBB/bac

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)