# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC. | ) |
| | ) |
|     Plaintiff, | ) C.A. No. 19-662 (CFC) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| NATERA, INC., | ) |
| | ) |
|     Defendant. | ) |

## [PROPOSED] ORDER GRANTING CAREDX'S MOTION FOR A PERMANENT INJUNCTION

Before the Court is CareDx, Inc.'s ("CareDx's") Motion for a permanent injunction. The Court, having considered the briefing, evidence, and any arguments of the parties, is of the opinion that CareDx's motion should be granted.

Accordingly, it is hereby **ORDERED** that CareDx's Motion for a permanent injunction is **GRANTED**.

    A.    The Court hereby permanently enjoins Natera, Inc. ("Natera"), and any of its officers, directors, agents, servants, employees, attorneys, successors, and assigns, and those persons acting in concert or participation with any of them who receive actual notice hereof, from making the advertising claims the Jury found to constitute false advertising under the Lanham Act in its March 14, 2022 verdict (the "Advertising Claims"). *See* D.I. 329, CareDx Question Nos. 1-8, 10.

B.    For any such Advertising Claims appearing in a medium under a Natera's control, Natera shall take all actions necessary to permanently remove from public view such Advertising Claims.

C.    For any such Advertising Claims published by others, Natera shall take reasonable actions to request their removal from public view.

IT IS SO ORDERED.

_____                                  _____

Date                                                     The Honorable Colm F. Connolly