# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

DEREK J. FAHNESTOCK
(302) 351-9347
dfahnestock@morrisnichols.com

July 22, 2022

The Honorable Colm F. Connolly                   *VIA ELECTRONIC FILING and*
United States District Court                              *HAND DELIVERY*
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

            Re:     *CareDx, Inc. v. Natera, Inc.*, C.A. No. 19-662 (CFC)

Dear Chief Judge Connolly:

        Per the Court's request, enclosed please find a thumb drive which contains the
exhibits cited in Defendant's post-trial briefing. Please note that upon review, we
noticed that a reference to DTX-015 on page 3 of Natera's Opening Brief in Support
of its Motion for Equitable Relief (D.I. 350) was incorrect, and the citation should
have referenced DTX-014.  As such, DTX-015 is not included on the thumb drive.

                              Respectfully,

                              /s/ *Derek J. Fahnestock*

                              Derek J. Fahnestock (#4705)

DJF/dss

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)