IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., <br><br> Defendant. | Civil Action No. 19-662-CFC |

## ORDER

At Wilmington this Seventeenth day of July in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, it is **HEREBY ORDERED** that Defendant Natera, Inc.'s Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), New Trial Pursuant to Fed. R. Civ. P. 59, or Remittitur (D.I. 339) is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED insofar as it seeks judgment as a matter of law in Natera's favor with respect to liability on Plaintiff CareDx, Inc.'s unfair competition claim and with respect to damages for all claims.  The motion is otherwise DENIED.

It is FURTHER ORDERED that the Parties shall submit no later than July

31, 2023 a proposed Judgment for the Court to sign and enter.

                                                     _____
                                                            CHIEF JUDGE