IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-662 (CFC) (CJB) |
| | ) |
| NATERA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME
TO SUBMIT PROPOSED INJUNCTION AND FINAL JUDGMENT**

WHEREAS, the parties seek additional time to meet and confer to attempt to arrive at a stipulated form of judgment pursuant to D.I. 375 and injunction pursuant to D.I. 376;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the deadlines for the parties to submit via email (1) a proposed Judgment and (2) a proposed stipulated injunction or, in the absence of agreement, Word versions of each party's proposed injunctions, are extended to August 4, 2023.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Jack B. Blumenfeld* |
| Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff CareDx, Inc.* | Jack B. Blumenfeld (#1014) <br> Derek J. Fahnestock (#4705) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> dfahnestock@morrisnichols.com <br> araucci@morrisnichols.com <br><br> *Attorneys for Defendant Natera, Inc.* |

July 28, 2023

SO ORDERED this _____ day of _____, 2023.

_____
CHIEF, UNITED STATES DISTRICT JUDGE