

August 4, 2023

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:    *CareDx, Inc. v. Natera, Inc.*
                  <u>C.A. No. 19-cv-662-CFC</u>

Dear Chief Judge Connolly:

      Pursuant to Your Honor's Orders (D.I. 375, 376, and 378), attached are the parties' proposed Final Judgment (Exhibit A) and Stipulated Order regarding injunctions (Exhibit B).

      We are available at the Court's convenience should Your Honor have any questions.

                                                    Respectfully submitted,

                                                    /s/ Brian E. Farnan

                                                    Brian E. Farnan

cc: Counsel of Record (Via E-Filing)