IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-662 (CFC) |
| | ) |
| NATERA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Natera, Inc., Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from those portions of the final judgment entered on August 7, 2023 (D.I. 381) that were entered in favor of CareDx, Inc.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Derek J. Fahnestock* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Derek J. Fahnestock (#4705) |
| Kristin J. Achterhof | Anthony D. Raucci (#5948) |
| Julia L. Mazur | 1201 North Market Street |
| Martin S. Masar III, Ph.D. | P.O. Box 1347 |
| KATTEN MUCHIN ROSENMAN LLP | Wilmington, DE  19899 |
| 525 West Monroe Street | (302) 658-9200 |
| Chicago, IL  60661 | jblumenfeld@morrisnichols.com |
| (312) 902-5200 | dfahnestock@morrisnichols.com |
|  | araucci@morrisnichols.com |
| Christina L. Costley |  |
| Paul S. Yong | *Attorneys for Defendant* |
| KATTEN MUCHIN ROSENMAN LLP |  |
| 2029 Century Park East, Suite 2600 |  |
| Los Angeles, CA  90067 |  |
| (310) 788-4400 |  |
|  |  |
| Bruce G. Vanyo |  |
| Thomas Artaki |  |
| KATTEN MUCHIN ROSENMAN LLP |  |
| 575 Madison Avenue |  |
| New York, NY  10022 |  |
| (212) 940-8800 |  |
|  |  |
| Timothy H. Gray |  |
| KATTEN MUCHIN ROSENMAN LLP |  |
| 2900 K Street NW, Suite 200 |  |
| Washington, DC  20007 |  |
| (202) 625-3500 |  |

August 7, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Randi W. Singer, Esquire<br>Elizabeth McLean, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)